# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0981. THOMAS MCGRUDER v. REVERSE MORTGAGE FUNDING, LLC.

Thomas McGruder, as administrator of the estate of Mattie McGruder, filed a direct appeal from the trial court's order appointing a special master in this civil action.[1] We lack jurisdiction.

The trial court's order appointing a special master is not a final order and thus the case remains pending below. Accordingly, McGruder was required to comply with the interlocutory appeal procedures in order to appeal the court's order at this juncture. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/09/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] McGruder also filed a discretionary application from the order, which this Court dismissed for failure to comply with interlocutory appeal procedures. See Case Number A17D0097, dismissed October 17, 2016.